UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANGELIA GREEN, | No. C 14-04281 LB |
| Plaintiff, | **ORDER TO SHOW CASE RE: FAILURE TO PROSECUTE** |
| v. | |
| CENTRAL MORTGAGE COMPANY, | |
| Defendant. | |

On September 23, 2014, Plaintiff Angelia Green, who is proceeding pro se, filed a complaint against Central Mortgage Company. Complaint, ECF No. 1.[1] She did not pay the required filing fee; instead, she filed an application to proceed in forma pauperis. IFP Application, ECF No. 3. On September 26, 2014, the court denied her application and ordered Plaintiff to pay $50.00 toward the filing fee no later than October 24, 2014. 9/26/2014 Order, ECF No. 5. The court warned Plaintiff that failure to do so could result in her action being dismissed. *Id.*

To date, the court has received no indication that Plaintiff has paid the $50.00. *See generally* Docket. She also has ignored the Clerk of the Court's notices asking her to either consent to or decline the undersigned's jurisdiction. *See* 10/21/2014 Clerk's Notice, ECF No. 6; 11/3/2014 Clerk's Notice, ECF No. 7. In short, she appears to be AWOL.

Accordingly, the court **ORDERS** Plaintiff to show cause why the case should not be dismissed

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the ECF-generated page numbers at the top of the document.

C 14-04281 LB
ORDER TO SHOW CAUSE

for her failure to prosecute it.  She shall do so by filing a written explanation no later than **December 1, 2014**.  Failure to do so may result in dismissal of the case without prejudice for failure to prosecute.  See *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (court may dismiss an action based on a party's failure to prosecute an action); *see also Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) (setting forth five non-exhaustive factors for the court to consider).

**IT IS SO ORDERED.**

Dated: November 20, 2014

_____
LAUREL BEELER
United States Magistrate Judge