**NELSON W. GOODELL, ESQ., SBN 264734**
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
Tel. No. (415) 495-3950
Fax No. (415) 495-6900
Email: nelson@goodelllawsf.com

Attorney for Plaintiffs
ANGELIA GREEN and
THE ROBERT J. TREGRE JR. & ROSA L. TREGRE
FAMILY REVOCABLE LIVING TRUST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ANGELIA GREEN, IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE ROBERT J. TREGRE JR. & ROSA L. TREGRE FAMILY REVOCABLE LIVING TRUST; and THE ROBERT J. TREGRE JR. & ROSA L. TREGRE FAMILY REVOCABLE LIVING TRUST, a California trust,

Plaintiffs,

v.

CENTRAL MORTGAGE COMPANY, doing business in California as CENTRAL MORTGAGE LOAN SERVICING COMPANY; PLM LOAN MANAGEMENT SERVICES, INC; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2007-2, and Does 1 through 20, inclusive,

Defendants.

CASE NO.:  C 14-04281 LB

**STIPULATION AND [PROPOSED] ORDER FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 23, 2017 AND PROVIDING UPDATE ON STATUS OF DISMISSAL OF CASE**

**TO THE CLERK OF THE COURT AND THE HONORABLE MAGISTRATE JUDGE LAUREL BEELER:**

Having met and conferred, Plaintiffs ANGELIA GREEN and THE ROBERT J. TREGRE JR. & ROSA L. TREGRE FAMILY REVOCABLE LIVING TRUST (the "Plaintiff") and Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY and CENTRAL MORTGAGE COMPANY ("Defendants") enter into the below stipulation and hereby request that the Court enter the accompanying proposed order.

Plaintiffs and Defendants, by and through their respective counsel, jointly stipulate as follows:

WHEREAS, on October 24, 2016 the Parties attended a mediation where they reached a tentative, conditional settlement agreement that would resolve this case in full;

WHEREAS, the Parties subsequently stipulated to stay this action and vacate the trial date;

WHEREAS, the Court subsequently set a Case Management Conference for February 23, 2017 and ordered the Parties to either file a voluntary dismissal or a joint statement discussing next steps by February 16, 2017;

WHEREAS, the Parties are near completion of the conditions referenced in the settlement agreement entered into between them, but still need a little more time before a dismissal can be filed;

NOW IT IS HEREBY STIPULATED AND AGREED by and between Defendants and Plaintiffs, through their undersigned counsel of record that:

1. The case will remain stayed.
2. The Parties wish to set a Case Management Conference for March 23, 2017 at 11:00 a.m.

1    3.  In the event the case is not dismissed, a new trial date and all trial-related deadlines will

2         be set at the March 23, 2017 Case Management Conference.

3         Pursuant to Civil Local Rule 6-2, this is fifth request in this case to modify time deadlines

4    in this case.  The parties do not think that this modification would have any meaningful impact on

5    the schedule for this case.

6

7         **IT IS SO STIPULATED.**

8

9    Dated: February 16, 2017                                    ____/s/ Nelson W. Goodell____

10                                                               NELSON W. GOODELL,
                                                                 Attorney for Plaintiffs

11   Approved as to form and content:

12

13   Dated: February 16, 2017                                    _____/s/ Joshua Hernandez___

14                                                               JOSHUA HERNANDEZ,
                                                                 Attorney for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATION**

2

      Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have obtained concurrence from

3

Defendants' counsel for the filing of this document.

4

5

Dated: February 16, 2017                  _/s/ Nelson W. Goodell_ ____

6

                                     NELSON W. GOODELL,

7

                                       Attorney for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The case remains stayed.  A Case Management Conference will be set for March 23, 2017.  In the event that the case is not dismissed prior to that time, a new trial date and trial-related deadlines will be set at the March 23, 2017 Case Management Conference.  An updated Joint Case Management Statement will be due on March 16, 2017.

IT IS SO ORDERED.

Dated:   02/16/2017

_____
Magistrate Judge Laurel Beeler

STIPULATION TO STAY CASE AND VACATE TRIAL AND RELATED DEADLINES